**Quarles & Brady LLP**
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

Deana S. Peck (AZ Bar No. 004243)
*dpeck@quarles.com*
Donald J. Karl (AZ Bar No. 019841)
*dkarl@quarles.com*

Attorneys for Plaintiffs Global Royalties, Ltd.
and Brandon Hall

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Global Royalties, Ltd., a Canadian corporation; Brandon Hall, a Canadian citizen,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>Xcentric Ventures, L.L.C., an Arizona limited liability company d/b/a ripoffreport.com and/or badbusinessbureau.com; Ed Magedson and Jane Doe Magedson, husband and wife,<br><br>　　　　　Defendants. | NO.<br><br>**CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of GLOBAL ROYALTIES, LTD., in compliance with the provisions of:

　　_X_　　Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

1     \_\_\_\_\_    Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any non governmental corporation party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    \_\_\_\_\_    Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if any organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing party hereby declares as follows:

    __X__    No publicly held corporation owns 10% or more of GLOBAL ROYALTIES, LTD. stock.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED this 10th day of May, 2007.

                        QUARLES & BRADY STREICH LANG LLP
                        Renaissance One
                        Two North Central Avenue
                        Phoenix, AZ 85004-2391

                        By   s/Deana S. Peck
                            Deana S. Peck
                            Donald J. Karl

                        Attorneys for Plaintiffs Global Royalties, Ltd. and Brandon Hall