| | |
|---|---|
| 1 | **Quarles & Brady** LLP |
| 2 | Firm State Bar No. 00443100<br>Renaissance One<br>Two North Central Avenue |
| 3 | Phoenix, AZ 85004-2391<br>TELEPHONE 602.229.5200 |
| 4 | Deana S. Peck (AZ Bar No. 004243)<br>*dpeck@quarles.com* |
| 5 | Donald J. Karl (AZ Bar No. 019841)<br>*dkarl@quarles.com* |
| 6 | |
| 7 | Attorneys for Plaintiffs Global Royalties, Ltd.<br>and Brandon Hall |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Global Royalties, Ltd., a Canadian corporation; Brandon Hall, a Canadian citizen,<br><br>        Plaintiffs,<br><br>    vs.<br><br>Xcentric Ventures, L.L.C., an Arizona limited liability company d/b/a ripoffreport.com and/or badbusinessbureau.com; Ed Magedson and Jane Doe Magedson, husband and wife,<br><br>        Defendants. | NO.<br><br>**SUMMONS IN A CIVIL CASE** |

TO:    Xcentric Ventures, L.L.C.
          c/o G. Peter Busnack - Statutory Agent
          8833 S. JB Road
          Reevis Mountain, AZ 85545

          Ed Magedson and Jane Doe Magedson
          P.O. Box 470
          Tempe, AZ 85280

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY:

      Deana S. Peck, Esq.
      Donald J. Karl, Esq.
      Quarles & Brady, LLP
      One Renaissance Square
      Two N. Central Avenue
      Phoenix, AZ 85004
      (602) 229-5200

An answer to the Complaint which was served on you with this Summons, _____ days after service of this Summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____      _____
CLERK                                                     DATE

_____
(By) DEPUTY CLERK

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]:_____(Date)

NAME OF SERVER: _____
    Title: _____

*Check one box below to indicate appropriate method of service*

☐     Served personally upon the defendant. Place where served:
_____
_____

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left with:
_____

☐     Returned _____
_____

☐     Other _____
_____

# STATEMENT OF SERVICE FEES

TRAVEL: _____
SERVICES: _____
TOTAL: _____

# DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                 Date                  Signature of Server

                                                   _____
                                                   Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure