UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **Global Royalties Ltd.,**<br>PLAINTIFF(S)<br><br>v.<br><br>**Wxentric Ventures, LLC,**<br>DEFENDANT(S) | CASE NO. **CV 07-956 PHX-FJM**<br><br>NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

PLEASE TAKE NOTICE:

  Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Complaint #1* filed by *Donald Karl*:

☒ Address, phone or email information was incorrectly added at the Party Information screen. At the Party Information screen, only the Party text field should be used when appropriate.

**ACTION TAKEN BY THE COURT**

☒ DO NOT REFILE. The deficiency indicated above has been addressed by the Clerk.