UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **Global Royalties Ltd.,**<br>PLAINTIFF(S)<br><br>v.<br><br>**Xcentric Ventures, LLC,**<br>DEFENDANT(S) | CASE NO.  **CV 07-956 PHX-FJM**<br><br>NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

PLEASE TAKE NOTICE:

　　　Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Complaint #1* filed by *Donald Karl*:

- ☒ Party Jane Doe Magedson not added to case.
- ☒ The summons attached to the complaint is incorrect: there should be one defendant per summons and days to answer should be 20 .

**ACTION REQUIRED BY THE FILER**

- ☒ The deficiency must be corrected within one (1) business day of this notice.
- ☒ Under the header Initial Pleadings and Service, select the category Utility Event - Add Parties, and then select event Utility Event for Adding Parties. Add any and all parties that appear in the case caption that do not appear on the docket of this case.
- ☒ File the documents using the event Other Notice found in the Notices category.