Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

Deana S. Peck (AZ Bar No. 004243)
*dpeck@quarles.com*
Donald J. Karl (AZ Bar No. 019841)
*dkarl@quarles.com*

Attorneys for Plaintiffs Global Royalties, Ltd.
and Brandon Hall

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Global Royalties, Ltd., a Canadian corporation; Brandon Hall, a Canadian citizen,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>Xcentric Ventures, L.L.C., an Arizona limited liability company d/b/a ripoffreport.com and/or badbusinessbureau.com; Ed Magedson and Jane Doe Magedson, husband and wife,<br><br>　　　　　Defendants. | NO.  CV 07-956 PHX-FJM<br><br>**SUMMONS IN A CIVIL CASE** |

TO:　Ed Magedson
　　　P.O. Box 470
　　　Tempe, AZ  85280

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY:

　　　　　Deana S. Peck, Esq.
　　　　　Donald J. Karl, Esq.
　　　　　Quarles & Brady, LLP
　　　　　One Renaissance Square

|  | Two N. Central Avenue |
|---|---|
| 1 | Phoenix, AZ 85004 |
| 2 | (602) 229-5200 |

3  An answer to the Complaint which was served on you with this Summons, twenty (20)
days after service of this Summons on you, exclusive of the day of service. If you fail to
4  do so, judgment by default will be taken against you for the relief demanded in the
Complaint. Any answer that you serve on the parties to this action must be filed with the
5  Clerk of this Court within a reasonable period of time after service.

CLERK _____   _____
                                                                          DATE

**1:51 pm, May 14, 2007**
**s/Richard H. Weare, Clerk**

_____
(By) DEPUTY CLERK

**RETURN OF SERVICE**

Service of the Summons and Complaint was made by me[1]:_____(Date)

NAME OF SERVER: _____
    Title: _____

*Check one box below to indicate appropriate method of service*

☐     Served personally upon the defendant. Place where served:
_____
_____

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left with:
_____

☐     Returned _____
_____
_____

☐     Other _____
_____

**STATEMENT OF SERVICE FEES**

TRAVEL: _____
SERVICES: _____
TOTAL: _____

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

    Executed on _____      _____
                      Date                          Signature of Server

                                                        _____
                                                        Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure