Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

Deana S. Peck (AZ Bar No. 004243)
*dpeck@quarles.com*
André H. Merrett (AZ Bar No. 020889)
*dkarl@quarles.com*

Attorneys for Plaintiffs Global Royalties, Ltd.
and Brandon Hall

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Global Royalties, Ltd., a Canadian corporation; Brandon Hall, a Canadian citizen,<br><br>Plaintiffs,<br><br>vs.<br><br>Xcentric Ventures, L.L.C., an Arizona limited liability company d/b/a ripoffreport.com and/or badbusinessbureau.com; Ed Magedson and Jane Doe Magedson, husband and wife,<br><br>Defendants. | NO. 2:07-CV-956-PHX-FJM<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL OF RECORD** |

Pursuant to L. R. Civ. 83.3(b)(4), the law firm of Quarles & Brady LLP hereby notifies the Clerk of Court that the following attorney:

>André H. Merrett (Ariz. Bar No. 020889)
>Quarles & Brady LLP
>Renaissance One
>Two North Central Avenue
>Phoenix, AZ 85004-2391
>Telephone 602.229.5618
>*amerrett@quarles.com*

QBPHX\128716.00002\2102078.1

is being substituted as counsel of record for:

>Donald J. Karl (Ariz. Bar No. 019841)
>Quarles & Brady LLP
>Renaissance One
>Two North Central Avenue
>Phoenix, AZ 85004-2391
>Telephone 602.229.5616
>dkarl@quarles.com

This matter has not been set for trial.

DATED this 27th day of June, 2007.

>QUARLES & BRADY LLP
>Renaissance One
>Two North Central Avenue
>Phoenix, AZ 85004-2391
>
>
>By ___s/Deana S. Peck_____
>   Deana S. Peck
>   André H. Merrett
>
>Attorneys for Defendant
>First National Mortgage Sources, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2007, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service by electronic document transfer to:

Maria Speth, Esq.
Jaburg & Wilk, P.C.
3200 N. Central Avenue
20th Floor
Phoenix, AZ 85012-2415
Attorneys for Defendants

                                                                    s/