**Quarles & Brady LLP**
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

Deana S. Peck (AZ Bar No. 004243)
dpeck@quarles.com
André H. Merrett (AZ Bar No. 020889)
dkarl@quarles.com

Attorneys for Plaintiffs Global Royalties, Ltd.
and Brandon Hall

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Global Royalties, Ltd., a Canadian corporation; Brandon Hall, a Canadian citizen,<br><br>Plaintiffs,<br><br>vs.<br><br>Xcentric Ventures, L.L.C., an Arizona limited liability company d/b/a ripoffreport.com and/or badbusinessbureau.com; Ed Magedson and Jane Doe Magedson, husband and wife,<br><br>Defendants. | NO. 2:07-CV-956-PHX-FJM<br><br>**NOTICE OF ERRATA** |

On May 10, 2007, Plaintiffs filed their Complaint. Exhibit A to the Complaint was inadvertently not included.

Therefore, attached to this Notice of Errata is the February 26, 2007 order entered by the Ontario Court (the "Ontario Order"), Exhibit A.

1 | DATED this 11th day of July, 2007.

2

3 | QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
4 | Phoenix, AZ 85004-2391

5

6 | By   s/Deana S. Peck
    Deana S. Peck
7 |     André H. Merrett

8 | Attorneys for Plaintiffs Global Royalties, Ltd.
and Brandon Hall

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2007, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service by electronic document transfer to:

Maria Speth, Esq.
Jaburg & Wilk, P.C.
3200 N. Central Avenue
20th Floor
Phoenix, AZ 85012-2415
Attorneys for Defendants

s/Lisa Fox