# EXHIBIT A

Dockets.Justia.com

# NOTARIAL CERTIFICATE

I, **RICHARD J. WORSFOLD**, a Notary Public, in and for the Province of Ontario, by Royal Authority duly appointed, residing at the Municipality of Metropolitan Toronto in said Province,

**DO CERTIFY AND ATTEST** that the paper-writing hereto annexed is a true copy of a document purporting to be the Order of The Honourable Mr. Justice Pitt dated February 23, 2007 issued and entered by the Ontario Superior Court of Justice regarding Court File No. 06-CV-315577PD2 at Toronto, the said copy having been compared by me with the said original document, an act whereof being requested I have granted under my Notarial Form and Seal of Office to serve and avail as occasion shall or may require.

**THIS** photocopy conforms to the original document which has not been altered in any way.

**IN TESTIMONY WHEREOF** I have hereto subscribed my name and affixed my Notarial Seal of Office at the City of Toronto this 4th day of April, 2007.

_____
**RICHARD J. WORSFOLD**

A Notary Public in and for the
Province of Ontario

ONTARIO
SUPERIOR COURT OF JUSTICE

| | | |
|---|---|---|
| THE HONOURABLE MR. JUSTICE PITT | ) ) ) | FRIDAY, 23RD DAY OF FEBRUARY, 2007 |

BETWEEN:

GLOBAL ROYALTIES LTD. and
BRANDON HALL

Plaintiffs

- and -

SPENCER SULLIVAN and XCENTRIC VENTURES LLC
carrying on business as RIP-OFF REPORT.COM

Defendants

# ORDER

**THIS MOTION** brought by the plaintiffs for:

1.  An Order requiring the Defendant, Xcentric Ventures LLC, carrying on business as RIP-OFF REPORT.COM to remove any references to Global Royalties Ltd. or Brandon Hall from the website RIP-OFF REPORT.COM maintained by that Defendant, or any other websites maintained by the Defendants.

...

2. An Order requiring Xcentric Ventures LLC, carrying on business as RIP-OFF REPORT.COM to remove the message attached hereto as **Schedule "A"** from their website RIP-OFF REPORT.COM and any other website maintained by the corporate Defendant.

3. An Order prohibiting the Defendant, Xcentric Ventures LLC, carrying on business as RIP-OFF REPORT.COM from posting any further defamatory messages concerning the Plaintiffs on their website.

4. For their costs of this motion on a substantial indemnity basis.

5. An Order that the issue of damages be referred to trial; and

6. Such further and other Order as this Honourable Court may seem just.

was heard this day at Toronto.

**ON READING** the Affidavit of Brandon Hall and on hearing submissions of counsel for the plaintiff, no one appearing for Spencer Sullivan, Xcentric Ventures LLC carrying on business as RipP-Off Report.Com having been noted in default:

1. THIS COURT ORDERS that Xcentric Ventures LLC carrying on business as Rip-Off Report.Com shall remove any references to Global Royalties Ltd. or Brandon Hall from the website RIP-OFF REPORT.COM maintained by that Defendant, or any other websites maintained by the Defendants.

2. THIS COURT FURTHER ORDERS that Xcentric Ventures LLC, carrying on business as RIP-OFF REPORT.COM shall remove the message attached hereto as **Schedule "A"** from their website RIP-OFF REPORT.COM and any other website maintained by the corporate Defendant.

3. THIS COURT FURTHER ORDERS that Xcentric Ventures LLC, carrying on business as RIP-OFF REPORT.COM shall not post any further defamatory messages concerning the Plaintiffs on their website.

4. THIS COURT FURTHER ORDERS that the issue of damages shall be referred to trial.

5. THIS COURT FURTHER ORDERS that the costs of this motion shall be assessed as part of the costs of the action.

ENTERED AT / INSCRIT À TORONTO
ON / BOOK NO:
LE / DANS LE REGISTRE NO.:

FEB 2 6 2007

AS DOCUMENT NO.:
À TITRE DE DOCUMENT NO.:
PER / PAR:



SCHEDULE "A"



About the ads below...

The page car

**Explanation:** The W



**Try the following:**

- **Refresh pag** button. The ti congestion.
- **Check spelli** correctly. The
- **Access from** looking for, tr
- **Contact web** administrator this by using website home



Technical Informatio

- Error Code 6∠
- Background:

 E-mail to a Friend
Printer Friendly Version
Category:
**Con Artists**

Submitted: **3/27/2006 9:5**
Modified: **6/16/2006 9:1**

## Global Royalties, PCI, Diko Katcherian; Nedalia Crown Equity Global Royalites - New Company Same Old Rip-off, Brandon Hall, old PCI player heading up this new venture Mississauga Ontai Canada *Consumer Comment *UPDATE ..Globa Royalties Legal Action

Company
**Global Royalties Ltd.**
Address:
**145 Traders Boulevard E, Suite 1;**
**Mississauga Ontario L4Z 3L3**
**Canada**
Phone Number:
**866-296-8429**
Fax:

**Brandon Hall, one of the key players from PCI days is now leading a ne operation called Global Royalties. Rumour has it that his old mentor, D Katcherian, is contributing to this effort. The nature of the scam has ch**

very little from PCI days. Still touting a fourtune to be made selling g on to the Arabs. If you are researching this type of investment strategy for first time: don't do it! If you are one of the many still looking to Diko an friends - here they are. Take a look at the website.

Liam
Memphis, Tennessee
U.S.A.



If you would like to see more Rip-off Reports™ on Global Royalties Lt please use the search box below

| Global Royalties Ltd. | Search |

In order to assure the best results in your search:
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company nam*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

## Update Consumer Comment
Submitted: 6/8/2006 7:30:37 AM Modified: 6/8/2006 7:30:37 AM

# Global Royalties Legal Action

Global Royalties' legal representative, a Mr. Richard Worsfold (Basman LLP), has sent me a letter threatening legal action regarding earlier Rip Report postings relating to Brandon Hall and Global Royalties.

In response to that request, I am stating that I have no information that indicate that Global Royalties is following anything but the best of busi practices. However, I would also state that my prior experience with tw individuals involved with Global Royalties - Diko Khatcherian and Davi Brooks - has been less than honourable. I have bad checks worth thou of dollars from both of those individuals. According to the RCMP, this i fraudulence.

Once again, this fraudulent activity was not relatd to Global Royalties. considering gemstones as an investment should thoroughly research t opportunity just as one would for any stock or real estate investment.

Part of that research should include a call to RCMP Commercial crime Catherine McCrory & Staff Sergeant Greg Gard (905-876-9597)

Spencer - Memphis, Tennessee
U.S.A.

Rip-off Report Corporate Advocacy Business Remediation & Customer Satisfaction Program: ED Magedson, Founder Rip-off Report explains how this program works to benefit consumers & businesses


Beach toys for less!

**CLICK HERE**

**Update** Consumer Suggestion
Submitted: 6/16/2006 7:20:47 AM Modified: 6/16/2006 7:20:47 AM

## Global Royalties Continued Legal Actions

Artist Pino Daeni



Add image Rip-Off Report

If you purchased any Travel Related Insurance such as:
Trip Insurance Vacation Insurance Cruise Insurance or Airline Insurance
that was provided or recommended by an organization such as:
American Airlines
Continental Airlines
Carnival Cruise Lines
Royal Caribbean Cruise Lines any travel agency or an online travel provider like Hotwire.com or Priceline.com
You may be a victim and eligible to get your money back

I have once again been threatened by Global Royalties legal represents Richard Worsfold. He has asked me to refrain from any mention of Glol Royalties or Brandon Hall on the pages of ripoffreport.com. (I would appreciate it if anyone who dealt with Brandon Hall when he was a PCI employee add commentary to this site - I am sure he is a fine person). I Worsfold also objected to my suggestion that anyone researching gem investment opportunities should have a conversation with the Royal C Mounted Police Commercial West Crime Section (Updated contact: Sgt Koenig, tel. 905-876-9500). I would think that any upstanding commerci operation could bear the scrutiny of a crime unit without any issue.

Spencer - Memphis, Tennessee
U.S.A.

### REBUTTAL BOX
**MY COMPANY HAS BEEN REPORTED!
HOW DO I RESPOND?**
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!
CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report



Feel free to send us suggestions and comments to our editorial staff.   Technical questions can be addressed to our webmaster.   Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.   Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

| GLOBAL ROYALTIES LTD. and BRANDON HALL | AND | SPENCER SULLIVAN and XCENTRIC VENTURES LLC, carrying on business as RIP-OFF REPORT.COM |
|---|---|---|
| Plaintiffs | | Defendants |

Court File No.: 06-CV-315577PD2

ONTARIO SUPERIOR COURT OF JUSTICE

Proceedings Commenced at: Toronto

# O R D E R

**BASMAN SMITH LLP**
Barristers and Solicitors
111 Richmond Street West
Suite 1400
Toronto, Ontario
M5H 2G4

Richard J. Worsfold
LSUC No. 25606I
Tel: (416) 365-0300
Direct Line: (416) 860-1966
Fax: (416) 860-1967

Solicitors for the Plaintiffs