Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

Deana S. Peck (AZ Bar No. 004243)
dpeck@quarles.com
André H. Merrett (AZ Bar No. 020889)
amerrett@quarles.com

Attorneys for Plaintiffs Global Royalties, Ltd.
and Brandon Hall

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Global Royalties, Ltd., a Canadian corporation; Brandon Hall, a Canadian citizen,<br><br>Plaintiffs,<br><br>vs.<br><br>Xcentric Ventures, L.L.C., an Arizona limited liability company d/b/a ripoffreport.com and/or badbusinessbureau.com; Ed Magedson and Jane Doe Magedson, husband and wife,<br><br>Defendants. | NO. 2:07-CV-956-PHX-FJM<br><br>**STIPULATION TO EXTEND DEADLINE FOR RESPONSE TO DEFENDANTS' MOTION TO DISMISS** |

Plaintiffs Global Royalties, Ltd. and Brandon Hall and defendants Xcentric Ventures, LLC d/b/a ripoffreport.com and/or badbusinessbureau.com, Ed Magedson and Jane Doe Magedson, hereby stipulate to an extension of the deadline for the filing of a response to defendants' Motion to Dismiss to August 10, 2007.

| | | |
|---|---|---|
| 1 | DATED this 24th day of July, 2007. | |
| 2 | | |
| 3 | QUARLES & BRADY LLP<br>Renaissance One<br>Two North Central Avenue | JABURG & WILK, P.C.<br>3200 N. Central Avenue<br>20th Floor |
| 4 | Phoenix, AZ 85004-2391 | Phoenix, AZ 85012 |
| 6 | By   s/André H. Merrett<br>    Deana S. Peck | By   s/David S. Gingras<br>    David S. Gingras |
| 7 |     André H. Merrett | |
| 8 | Attorneys for Plaintiffs Global Royalties, Ltd. and Brandon Hall | Attorneys for Defendants Exentric Ventures, L.L.C. d/b/a ripoffreport.com and/or badbusinessbureau.com and Ed Magedson |

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on July 24, 2007, I electronically transmitted the attached |
| 3 | document to the Clerk's Office using the CM/ECF System for filing. |
| 4 | Copy mailed to: |
| 5 | Honorable Frederick J. Martone<br>United States District Court |
| 6 | Sandra Day O'Connor U.S. Courthouse, Suite 526<br>401 West Washington Street, SPC 62 |
| 7 | Phoenix, AZ 85003 |
| 8 | |
| 9 | /s/ Lisa Fox |