1

2

3

4

5

6           IN THE UNITED STATES DISTRICT COURT

7              FOR THE DISTRICT OF ARIZONA

8

| | |
|---|---|
| 9  Global Royalties, Ltd., a Canadian corporation; Brandon Hall, a Canadian citizen, | NO. 2:07-CV-956-PHX-FJM |
| 10 | **ORDER EXTENDING DEADLINE FOR RESPONSE TO DEFENDANTS' MOTION TO DISMISS** |
| 11                    Plaintiffs, | |
| 12       vs. | |
| 13  Xcentric Ventures, L.L.C., an Arizona limited liability company d/b/a ripoffreport.com and/or badbusinessbureau.com; Ed Magedson and Jane Doe Magedson, husband and wife, | |
| 16                    Defendants. | |

17

18          Pursuant to stipulation of the parties:

19          **IT IS HEREBY ORDERED** extending the deadline for the filing of a response to

20  defendants' Motion to Dismiss to August 10, 2007.

21

22

23

24

25

26

Dockets.Justia.com