1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7                 FOR THE DISTRICT OF ARIZONA

8

9    GLOBAL ROYALTIES, et al.,          )    No. CV-07-956-PHX-FJM
                                        )
10             Plaintiffs,              )    **ORDER**
     vs.                                )
11                                      )
     Xcentric Ventures, et al.,         )
12                                      )
               Defendants.              )
13                                      )
     _____ )

14

15

16        The court has before it defendants' motion to dismiss (doc. 10) which exceeds the

17   page limits imposed by LRCiv 7.2(e). It was unaccompanied by any motion showing good

     cause to exceed the page limits. Accordingly the motion to dismiss is stricken (doc. 10).

18   Defendants shall have to and including August 10, 2007 within which to file a motion to

19   dismiss in compliance with LRCiv 7.2(e).

20        Also before the court is a stipulation to extend plaintiffs' response time to the motion

21   to dismiss to August 10, 2007. We assume that an edited version of defendants' motion to

22   dismiss will not be substantively different. Accordingly, we GRANT  the stipulation to

23   extend plaintiffs' response time to August 13, 2007. This will at least give the plaintiffs an

24   opportunity to review the new filing before filing their response.

25        DATED this 3rd day of August, 2007.

26

27        _Frederick J. Martone_____

28                     Frederick J. Martone
                       United States District Judge

Dockets.Justia.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28