Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

Deana S. Peck (AZ Bar No. 004243)
dpeck@quarles.com
André H. Merrett (AZ Bar No. 020889)
amerrett@quarles.com

Attorneys for Plaintiffs Global Royalties, Ltd.
and Brandon Hall

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Global Royalties, Ltd., a Canadian corporation; Brandon Hall, a Canadian citizen,<br><br>    Plaintiffs,<br><br>vs.<br><br>Xcentric Ventures, L.L.C., an Arizona limited liability company d/b/a ripoffreport.com and/or badbusinessbureau.com; Ed Magedson and Jane Doe Magedson, husband and wife,<br><br>    Defendants. | NO. 2:07-CV-956-PHX-FJM<br><br>**STIPULATION TO EXTEND DEADLINE FOR RESPONSE TO DEFENDANTS' MOTION TO DISMISS**<br><br>**(Second Request)** |

  Plaintiffs Global Royalties, Ltd. and Brandon Hall and defendants Xcentric Ventures, LLC d/b/a ripoffreport.com and/or badbusinessbureau.com, Ed Magedson and Jane Doe Magedson, hereby stipulate to a second extension of the deadline for the filing of a response to defendants' Motion to Dismiss to August 15, 2007.

QBPHX\128716.00002\2113098.1
Case 2:07-cv-00956-FJM  Document 14  Filed 08/08/2007  Page 1 of 3

Dockets.Justia.com

1       DATED this 8th day of August, 2007.

2

3 QUARLES & BRADY LLP                   JABURG & WILK, P.C.
   Renaissance One                            3200 N. Central Avenue
   Two North Central Avenue               20th Floor
4 Phoenix, AZ 85004-2391                 Phoenix, AZ 85012

5

6 By   s/André H. Merrett                By   s/David S. Gingras
      Deana S. Peck                               David S. Gingras
7     André H. Merrett

                                                         Attorneys for Defendants Exentric
8 Attorneys for Plaintiffs Global Royalties,    Ventures, L.L.C. d/b/a ripoffreport.com
   Ltd. and Brandon Hall                   and/or badbusinessbureau.com and Ed
9                                                          Magedson

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

Copy mailed to:

Honorable Frederick J. Martone
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 526
401 West Washington Street, SPC 62
Phoenix, AZ 85003


/s/ Lisa Fox