IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Global Royalties, Ltd., a Canadian corporation; Brandon Hall, a Canadian citizen,<br><br>Plaintiffs,<br><br>vs.<br><br>Xcentric Ventures, L.L.C., an Arizona limited liability company d/b/a ripoffreport.com and/or badbusinessbureau.com; Ed Magedson and Jane Doe Magedson, husband and wife,<br><br>Defendants. | NO. 2:07-CV-956-PHX-FJM<br><br>**ORDER EXTENDING DEADLINE FOR RESPONSE TO DEFENDANTS' MOTION TO DISMISS**<br><br>(Second Request) |

Pursuant to stipulation of the parties:

**IT IS HEREBY ORDERED** extending the deadline for the filing of a response to defendants' Motion to Dismiss to August 15, 2007.

DATED this 10th day of August, 2007.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge