1
2   Quarles & Brady LLP
    Firm State Bar No. 00443100
    Renaissance One
    Two North Central Avenue
    Phoenix, AZ 85004-2391
3       TELEPHONE 602.229.5200

4   Deana S. Peck (AZ Bar No. 004243)
    *dpeck@quarles.com*
5   André H. Merrett (AZ Bar No. 020889)
    *amerrett@quarles.com*
6
7   Attorneys for Plaintiffs Global Royalties, Ltd.
    and Brandon Hall

8               IN THE UNITED STATES DISTRICT COURT

9                   FOR THE DISTRICT OF ARIZONA

10

11
    Global Royalties, Ltd., a Canadian          NO. 2:07-CV-956-PHX-FJM
12  corporation; Brandon Hall, a Canadian
    citizen,                                    **PLAINTIFFS' NOTICE OF FILING**
13                                              **SUPPLEMENTAL AUTHORITY**
                    Plaintiffs,
14
            vs.
15
    Xcentric Ventures, L.L.C., an Arizona
16  limited liability company d/b/a
    ripoffreport.com and/or
17  badbusinessbureau.com; Ed Magedson and
    Jane Doe Magedson, husband and wife,
18
                    Defendants.
19

20          For the Court's convenience, plaintiffs submit herewith an order from the United

21  States District Court for the Northern District of Texas, Dallas Division, addressing an

22  issue similar to that raised by defendants in connection with their challenge to the validity

23  of the Canadian judgment at issue herein.

24

25

26

QBPHX\128716.00002\2728914.1

1    DATED this 8th day of October, 2007.

2
                                    QUARLES & BRADY LLP
3                                   Renaissance One
                                    Two North Central Avenue
4                                   Phoenix, AZ  85004-2391

5

6                                   By ___s/André H. Merrett_____
                                        Deana S. Peck
7                                       André H. Merrett

8                                   Attorneys for Plaintiffs Global Royalties,
                                    Ltd. and Brandon Hall
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

Copy mailed to:

Honorable Frederick J. Martone
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 526
401 West Washington Street, SPC 62
Phoenix, AZ 85003

/s/ Lisa Fox