IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Global Royalties, Ltd., et al., | ) | No. CV-07-956-PHX-FJM |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| Xcentric Ventures, LLC, et al., | ) | |
| Defendants. | ) | |

The court has before it defendant's motion to strike plaintiff's notice of supplemental authority (doc. 19). In light of our order (doc. 20) granting defendant's motion to dismiss, the motion to strike is moot. We also note that this motion is not allowed by the rules. Motions to strike under Rule 12(f), Fed. R. Civ. P., are limited to pleadings under Rule 7(a), Fed. R. Civ. P., in contrast to motions and papers under Rule 7(b), Fed. R. Civ. P. Because a notice of supplemental authority is not a pleading, defendant may not challenge it by a motion to strike. Accordingly, IT IS ORDERED DENYING defendant's motion to strike (doc. 19).

DATED this 10th day of October, 2007.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge