Global Royalties, Ltd. et al v. Xcentric Ventures, LLC et al Doc. 22 Att. 1

# EXHIBIT 1



Dockets.Justia.com




# Corporate Advocacy Program

Our Program

How It Works

Benefits of Joining

What Customers Say

Join Now

## YOUR REPUTATION IS IMPORTANT TO YOU.

*All businesses will get complaints, but how those businesses handle those complaints separates good business from bad business.*

Whether people are talking about you here or somewhere else, the fact is, they're going to talk.

The Internet has become an important social media tool, empowering people to speak their minds whenever, however and wherever they want through blogging, chat rooms, video sharing and other tools. These are some of the ways disgruntled customers can and do post their complaints, but ONLY Ripoff Report® offers the Corporate Advocacy Program where a business may publicize its proactive approach to addressing those complaints. Members of the Corporate Advocacy Program care about their customers' concerns, and they are savvy marketers who know that maintaining a good reputation is paramount.

The adage that one disgruntled customer tells a handful of their friends, is outdated. Today one disgruntled customer can tell literally tens-of-thousands of customers about their challenge with your business, in one single posting. Now, more than ever, it's critical to be proactive in hearing and addressing your customer service challenges.

Ripoff Report's Corporate Advocacy Program...

- Engages your business in a process that helps to satisfy customer complaints and make amends for past mistakes.
- Turns negatives into positives by making a commitment to consumers that your business is willing to make an earnest commitment to customer satisfaction.
- Helps your employees feel a deeper commitment to the business, and it boosts their morale, knowing you are willing to take accountability.
- Increases potential sales and positive referrals, by demonstrating yours is an honest business, with integrity, and willing to make a commitment to righting customer wrongs.

Take responsibility for your business and your customers by becoming a member today.

Read why consumers want to do business with a member of the Corporate Advocacy Program.




# Corporate Advocacy: How It Works

Our Program

How It Works

Benefits of Joining

What Customers Say

Join Now

## How It Works:

*Turn negative customer service experiences into positive opportunities for your business.*

If you've had a negative complaint filed about your company on the Internet, help is just a click away. Ripoff Report's Corporate Advocacy Program is a Web-based program that helps you put a restitution plan in place to right customer wrongs, turn bad buyer experiences into good customer service, and prove to your customers that your business is committed to their satisfaction.

Businesses of all sizes have customer complaints and can benefit from Ripoff Report's Corporate Advocacy Program, from sole proprietorships to large multinational corporations.

## Ripoff Report's Corporate Advocacy Program...

1. Verifies all reports and rebuttals, determines the truthfulness of the complaints and exposes those posted erroneously or maliciously.
2. Sends a positive email that we draft together to each person who posted a report about your company, notifying them your firm has offered to negotiate in good faith to resolve their complaint.
3. Updates all reports with your commitment to right customer wrongs.
4. Gives you, our member business, the opportunity to provide your side of the story and link to your own website, where you may post your commitment.

When you demonstrate your commitment to improving the relationships you have with your customers, you build goodwill inside and outside the company. If you heard a company say, "We are glad this came to our attention, and we want unhappy customers to contact us because we're committed to 100% customer satisfaction, *and* we're taking actions that will ensure this never happens again," you'd think well of the company, and so would its prospective customers.

Few are able to admit their involvement in any wrongdoing. Few are willing to go so far in pleasing their customers. Not everyone is up to the task. Are you?

Take responsibility for your business and your customers by becoming a member today.

Note on Qualification:

- Fees for enrolling in the program are based upon the number of Reports filed, the number of offices you have, and/or the size of an average sale. Additionally, there is a flat set-up fee to offset the costs associated with programming and contract legalities. Rate sheets will

be sent upon completion and verification of the intake questionnaire.

- If participation in this program would honestly create a financial hardship, but you desire to participate, we will work with you to find a way to make it work. This may require providing financial documents proving hardship.

Read why consumers want to do business with a member of the Corporate Advocacy Program.




# Corporate Advocacy: Your Benefits

Our Program

How It Works

Benefits of Joining

What Customers Say

Join Now

## Benefits of Joining the Ripoff Report® Corporate Advocacy Program

Because our standards are high and we carefully track the resolution of all complaints, any member company automatically enjoys benefits that are extremely valuable in today's business environment:

*All businesses will get complaints, but how those businesses handle those complaints separates good business from bad business.*

### Positive PR and "Buzz" Marketing

Members are able to publicize their membership, noting they meet its extremely high standards for customer satisfaction. This kind of meaningful information spreads quickly among potential customers via word-of-mouth and a variety of Internet sites.

### Market Intelligence and Research

Sometimes it's the complaints you don't hear about that cause the most damage. With our program you have the best chance of learning about all complaints, and because you are able to communicate with customers, you learn precisely why your product or service is not meeting expectations.

It is not uncommon for the management of many enterprises to be unaware of problems that may be occurring at their customer level...both from a sales *and* delivery perspective. By becoming a member of the Corporate Advocacy Program, you can become aware of even the most minor and subtle complaints that may be affecting your business. This information can be used to allow you to rectify complaints at the earliest stage, to continue building an excellent reputation among your customer base, and to build sales and profits.

All successful growing businesses want to maintain a maximum amount of satisfied customers. Our experience has been that one of the ways they learn how to improve their products and services is from customers who lodge complaints. When you are aware of these situations you can act rapidly to turn situations around. In the process, organizations often come up with new ways to work with these customers and find acceptable resolutions.

### Improve Your Customer Service Quality Assurance.

The process of resolving these complaints might suggest new ways of doing business or communicating with customers that will improve your Customer Service and Quality Assurance programs...and your competitive position.

### Consumers see the *whole* picture.

By leaving ALL reports, rebuttals and updates ever filed, consumers get the opportunity to see how a business took care of business, from start to finish. Member companies benefit by having editorial comments support their efforts and draw attention to the positive actions they've taken.

## "From Good to Great"

As Jim Collins' best-selling business book pointed out, one of the factors separating the *great* companies from the merely *good* ones is the ability to stay attuned to customer feedback and learn from the experience of customers who are not fully satisfied. Using the Corporate Advocacy Program, you'll not only enjoy a better image, you'll also develop superior relationships with customers and build the best possible customer satisfaction program, proven to be a major factor contributing to long term success.

We offer this program only to individuals and organizations that appreciate and place a high value on customer service. Are you up to it?

Read why consumers want to do business with a member of the Corporate Advocacy Program.